# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: ETHICON PHYSIOMESH FLEXIBLE COMPOSITE HERNIA MESH PRODUCTS LIABILITY LITIGATION, | : : : : : : : : : : : : | MDL DOCKET NO. 2782 ALL CASES  CIVIL ACTION NO. 1:17-MD-02782-RWS |

## ORDER

Presently before the Court for consideration is Defendants Johnson & Johnson and Ethicon, Inc's Motion for Stay and to Vacate Future Deadlines and Trial Settings. To the extent the relief requested was not otherwise granted in the Practice and Procedure Order, the Motion is **GRANTED**. Accordingly, it is hereby **ORDERED** that the parties are relieved of any and all currently-imposed pleading, discovery, disclosure, and other case management obligations–whether imposed by statute, rule, or transferor court order–applicable to cases that have been, are being, or will be transferred to this Court as part of this MDL pending entry of case management orders from this Court. It is further **ORDERED** that any and all case management deadlines and trial settings for all such cases are

**VACATED**. This Order shall in no way be construed as resurrecting any deadlines that have already relapsed.

**SO ORDERED**, this 21st day of June, 2017.

_____
**RICHARD W. STORY**
United States District Judge