UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ETHICON PHYSIOMESH FLEXIBLE COMPOSITE HERNIA MESH PRODUCTS LIABILITY LIGITATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | No. 1:17-md-02782-RWS<br><br>MDL No. 2782 |

**JOINT PROPOSED AGENDA FOR INITIAL
CASE MANAGEMENT CONFERENCE**

In accordance with the Court's June 21, 2017 Practice and Procedure Order and Notice of Initial Conference (Doc. 148), Defendants' counsel and the undersigned Plaintiffs' counsel respectfully suggest that the following items be included on the agenda for the August 1, 2017 initial case management conference:

1. Timing for selection of plaintiffs' leadership counsel;

2. Process and timing for entry of the case management orders listed below, including the process by which the parties will meet and confer on possible agreements and then submit any disputes to the court:

    (a) Initial pleadings (including use of Master Long Form/Short Form Complaint and Master Answer);

37083382v3

(b) Direct filings (including clarification of appropriate cases to be included in the MDL);

(c) Service of process (including waiver/acknowledgment of service by Defendants);

(d) Initial disclosures;

(e) Exchange of fact sheets and/or profile forms;

(f) Handling and exchange of electronically stored information;

(g) Entry of protective order.

3. Discussion of process for meet and confers and resolution or refinement of issues and working documents.

4. Scheduling periodic meetings with the court, frequency and procedure.

Respectfully submitted this 30th day of June 2017,

By: */s/ Henry G. Garrard, III*
Henry G. Garrard, III
hgg@bbgbalaw.com
Georgia Bar No. 286300
Blasingame, Burch, Garrard & Ashley, P.C.
P.O. Box 832
Athens, GA 30603
(706) 354-4000
(706) 353-0673 Fax

By: */s/ Donald A. Migliori*
Donald A. Migliori
Dmigliori@motleyrice.com
South Carolina Bar No. 102549
Motley Rice, LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
(843) 216-9000
(843) 216-9450 Fax

Counsel for Plaintiffs in the following actions: *Franklin* 1:17-cv-02080; *Brown* 4:17-cv-00036; *Winfrey* 4:17-cv-00040; *Barakova* 1:17-cv-02101; *Graham* 1:17-cv-02099; *Miller* 1:17-cv-02085; *Shelton* 1:17-cv-02081; *Worrell* 1:17-cv-02088; *Helton* 1:17-cv-01764; *Keefer* 1:17-cv-2100; W*ard* 1:17-cv-2256


/s/  William M. Gage
William M. Gage
Mississippi Bar No. 8691
Butler Snow LLP
1020 Highland Colony Pkwy, Suite 1400
Ridgeland, MS 39157
(601) 948-5711

G. Brian Jackson
Tennessee Bar No. 15497
David L. Johnson
Tennessee Bar No. 18732
BUTLER SNOW LLP
1200 One Nashville Place
150 Fourth Avenue North
Nashville, TN  37219
(615) 651-6700

3

N. Karen Deming
Georgia Bar No. 217581
TROUTMAN SANDERS LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
(404) 885-3000

Counsel for Defendants

## FONT CERTIFICATION

Pursuant to Local Rule 7.1 D, I hereby certify that the foregoing document was prepared using Times New Roman 14 point type as provided in Local Rule 5.1.

*/s/ G. Brian Jackson*_____
G. Brian Jackson

## CERTIFICATE OF SERVICE

I certify that on the 30th day of June, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

4

37083382v3

| | | |
|---|---|---|
| **Andres F. Alonso**<br>**David B. Krangle**<br>Alonso Krangle LLP<br>Suite 205<br>445 Broad Hollow Road<br>Melville, NY 11747<br>516-350-5555<br>aalonso@alonsokrangle.com<br>dkrangle@alonsokrangle.com<br><br>**Counsel for Plaintiffs Shawn Sweeney, Case No. 1:17-cv-02213;** | **Richard W. Schulte**<br>Wright & Schulte, LLC<br>812 East National Road<br>Vandalia, OH 45377<br>937-435-7500<br>Fax: 937-435-7511<br>Email: rschulte@yourlegalhelp.com<br><br>**Counsel for Plaintiffs Shawn Sweeney, Case No. 1:17-cv-02213; Carla Nichols, Case No. 1:17-cv-02208; Carol Dailey, Case No. 1:17-cv-02235; Mary Miller, et al, Case No. 1:17-cv-02223; Robert Burdge, Case No. 1:17-cv-02224; Teresa Drummond, Case No. 1:17-cv-02257; Tina Burr, Case No. 1:17-cv-02226; Valerie Sundberg, Case No. 1:17-cv-02214; Tina Burr, Case No. 1:17-cv-02226** | **Betsy J. Barnes**<br>**Lauren E. Godshall**<br>**Christine C. Brandt**<br>Morris Bart<br>Pan American Life Center<br>24th Floor<br>601 Poydras Street<br>New Orleans, LA 70130<br>504-525-8000<br>lgodshall@morrisbart.com<br><br>**Counsel for Plaintiffs Brandon Latimer, Case No. 1:17-cv-02253; Eldon Foux, Case No. 1:17-cv-02250; George Holloway, Case No. 1:17-cv-02225; Irene Fisher, Case No. 1:17-cv-02251; Patricia Wright, Case No. 1:17-cv-02212; Stephanie Delmore, Case No. 1:17-cv-02227; Terry Bohanan, Case No. 1:17-cv-02249; Ronnie Burl, Case No. 1:17-cv-02315** |
| **Stephen J. Randall**<br>Pearson Randall & Schumacher, P.A.<br>310 4th Ave S.<br>Suite 5010<br>Minneapolis, MN 55415<br>612-767-7500<br>srandall@prslegal.com | **Michael Paul Smith**<br>Smith Gildea and Schmidt LLC<br>Suite 200<br>600 Washington Ave.<br>Towson, MD 21204<br>410-821-0070<br>Fax: 410-821-0071 | **Robert Elliott Price**<br>Levin Papantonio Thomas Mitchell<br>Rafferty & Proctor PA<br>316 South Baylen Street<br>Suite 600<br>P.O. Box 12308<br>Pensacola, FL 32502<br>850-435-7076<br>Fax: 850-436-6075 |

| | | rprice@levinlaw.com |
|---|---|---|
| **Counsel for Plaintiffs Carol Dailey, Case No. 1:17-cv-02235;** | **Counsel for Plaintiffs Charles Racine, Case No. 1:17-cv-02238;** | **Counsel for Plaintiffs Clint Levack, Case No. 1:17-cv-02255;** |
| **Donald A. Migliori**<br>**Lance V. Oliver**<br>Motley Rice, LLC<br>28 Bridgeside Blvd<br>Mount Pleasant, SC 29464-4399<br>843-216-9000<br>Fax: 843-216-9450<br>loliver@motleyrice.com<br><br>**Counsel for Plaintiffs Collin G. Ward, et al, Case No. 1:17-cv-02256;** | **Jonathan D. Orent**<br>**Kate E. Menard**<br>Motley Rice, LLC-RI<br>Suite 100<br>55 Cedar Street<br>Providence, RI 02903<br>401-457-7700<br>Fax: 401-457-7708<br><br>**Counsel for Plaintiffs Collin G. Ward, et al, Case No. 1:17-cv-02256;** | **Ryan J. Thompson**<br>Goodwin Procter<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br>650-752-3100<br><br>**Counsel for Plaintiffs Daniel R. Ryder, Case No. 1:17-cv-02201;** |
| **D. Todd Mathews**<br>Gori Julian & Associates, P.C.<br>156 N. Main Street<br>Edwardsville, IL 62025<br>618-659-9833<br>Fax: 618-659-9834.<br>todd@gorijulianlaw.com<br><br>**Counsel for Plaintiffs Diana Jane Picolla, Case No. 1:17-cv-02228;** | **Daniel James Thornburgh**<br>**Douglass A. Kreis**<br>**Nathan Charles Bess**<br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>Suite 200<br>17 E. Main Street<br>Pensacola, FL 32502<br>850-202-1010<br>Fax: 850-916-7449<br>dkreis@awkolaw.com<br><br>**Counsel for Plaintiffs Diana Jane Picolla, Case No. 1:17-cv-02228; Lynn Henry Hauman, Jr., Case No. 1:17-cv-02254; Ray F. Milam, Case No. 1:17-cv-02383** | **Amanda Schafner**<br>**William Todd Harvey**<br>Burke Harvey, LLC<br>3535 Grandview Parkway<br>Suite 100<br>Birmingham, AL 35243<br>205-930-9091<br>Fax: 205-930-9054<br>aschafner@burkeharvey.com<br>tharvey@burkeharvey.com<br><br>**Counsel for Plaintiffs Emily Walker, Case No. 1:17-cv-02195;** |

| | | |
|---|---|---|
| **Gregory Donald Brown**<br>Fleming, Nolen & Jez, L.L.P.<br>Suite 4000<br>2800 Post Oak Blvd.<br>Houston, TX 77056-6109<br>713-621-7944<br><br>**Counsel for Plaintiffs Frederick R. Basile, Case No. 1:17-cv-02233;** | **Kelsey Louise Stokes**<br>**George M. Fleming**<br>Fleming, Nolen & Jez, L.L.P.<br>Suite 4000<br>2800 Post Oak Blvd.<br>Houston, TX 77056-6109<br>713-621-7944<br>Kelsey_Stokes@fleming-law.com<br>george_fleming@fleming-law.com<br><br>**Counsel for Plaintiffs Frederick R. Basile, Case No. 1:17-cv-02233; Ronald P. Keller, Case No. 1:17-cv-02191** | **Sarah Shoemake Doles**<br>Carey & Danis & Lowe<br>Suite 1100<br>8235 Forsyth<br>St. Louis, MO 63105-3786<br>314-725-7700<br>Fax: 314-721-0905<br><br>**Counsel for Plaintiffs Gary Goodson, Case No. 1:17-cv-02232;** |
| **Jon C. Conlin**<br>**Mitchell Theo Theodore**<br>Cory Watson<br>2131 Magnolia Avenue<br>Birmingham, AL 35205<br>205-328-2200<br>Fax: 205-324-7896<br><br>**Counsel for Plaintiffs George Holloway, Case No. 1:17-cv-02225; Patricia Wright, Case No. 1:17-cv-02212** | **Martin D. McLean**<br>Hagens Berman Sobol Shapiro, LLP -WA<br>Suite 3300<br>1918 8th Avenue<br>Seattle, WA 98101<br>206-623-7292<br>Fax: 206-623-0594<br><br>**Counsel for Plaintiffs George W. Lind, Case No. 1:17-cv-02229** | **Michael G. Daly , Jr.**<br>Pogust Braslow & Millrood, LLC<br>Suite 1520<br>8 Tower Bridge<br>161 Washington Street<br>Conshohocken, PA 19428<br>610-941-4204 ext.116<br>Fax: 610-941-4245<br><br>**Counsel for Plaintiffs George W. Lind, Case No. 1:17-cv-02229; Robert Asplin, Case No. 1:17-cv-02216** |
| **Arthur Mark Handel**<br>Arthur M. Handel APLC<br>970 Meadowlark Drive<br>Laguna Beach, CA 92651<br>949-637-1389 | **Gary Steve Logsdon**<br>Gary S. Logsdon & Associates, PCC<br>P.O. Box 382<br>101 Main Cross Street | **Liz J. Shepherd**<br>**Tyler S. Thompson**<br>Dolt, Thompson, Shepherd & Conway PSC<br>13800 Lake Point Circle |

| | | |
|---|---|---|
| **Counsel for Plaintiffs Heather Haug, et al, Case No. 1:17-cv-02231** | Brownsville, KY 42210-0382<br>270-597-2134<br>Fax: 877-350-4028<br><br>**Counsel for Plaintiffs Linda O'Bannon, Case No. 1:17-cv-02199; Rebecca Dirks, Case No. 1:17-cv-02275; Richard Sears, Case No. 1:17-cv-02200; Sherri Thomas, Case No. 1:17-cv-02196; Thomas Hinton, Case No. 1:17-cv-02197; Rhiannon Flair, Case No. 1:17-cv-02382** | Louisville, KY 40223<br>502-244-7772<br>Fax: 502-244-7776<br><br>**Counsel for Plaintiffs Linda O'Bannon, Case No. 1:17-cv-02199; Richard Sears, Case No. 1:17-cv-02200; Sherri Thomas, Case No. 1:17-cv-02196; Thomas Hinton, Case No. 1:17-cv-02197** |
| **Benjamin David Evans**<br>**Craig D. Cherry**<br>Haley & Olson P.C.<br>Suite 200<br>100 Ritchie Road<br>Waco, TX 76712<br>254-776-3336<br>Fax: 254-776-6823<br><br>**Counsel for Plaintiffs Lori Dickson, Case No. 1:17-cv-02236** | **Anna Yarovich Lenchus**<br>The Law Office of Anna Lenchus<br>Suite 100<br>2385 NW Executive Center Drive<br>Boca Raton, FL 33130<br>561-981-6118<br>Fax: 561-962-2710<br><br>**Counsel for Plaintiffs Marilyn Macneney, Case No. 1:17-cv-02202; Michael Elinson, Case No. 1:17-cv-02205** | **Justin Ryan Goodman**<br>Lubel Voyles LLP<br>Suite 850<br>675 Bering Drive<br>Houston, TX 77057<br>713-284-5200<br>Fax: 713-284-5250<br><br>**Counsel for Plaintiffs Matreia Gentry, et al, Case No. 1:17-cv-02230** |
| **Benjamin A. Gastel**<br>Branstetter Stranch & Jennings PLLC<br>The Freedom Center<br>223 Rosa L. Parks Avenue<br>Suite 200<br>Nashville, TN 37203<br>615-254-8801<br>Fax: 615-250-3937.<br>beng@branstetterlaw.com | **James G. Stranch , IV**<br>Bransetter, Stranch & Jennings, PLLC<br>227 Second Avenue North<br>4th Floor<br>Nashville, TN 37201<br>615-254-8801<br>Fax: 615-250-3937<br>gerards@bsjfirm.com | **Joseph A. Osborne**<br>Osborne & Associates Law Firm, P.A.<br>Suite 271<br>433 Plaza Real<br>Boca Raton, FL 33432<br>561-293-2600<br>Fax: 561-923-8100<br>josborne@oa-lawfirm.com |

| | | |
|---|---|---|
| **Counsel for Plaintiffs Rebecca Dirks, Case No. 1:17-cv-02275; Rhiannon Flair, Case No. 1:17-cv-02382** | **Counsel for Plaintiffs Rebecca Dirks, Case No. 1:17-cv-02275** | **Counsel for Plaintiffs Rebecca Dirks, Case No. 1:17-cv-02275; Rhiannon Flair, Case No. 1:17-cv-02382** |
| **Mike Miller**<br>**Todd Michael Miller**<br>Solberg Stewart Miller & Johnson<br>P.O. Box 1897<br>1129 Fifth Avenue South<br>Fargo, ND 58107-1897<br>701-237-3166<br><br>**Counsel for Plaintiffs Ronald P. Keller, Case No. 1:17-cv-02191** | **Maria B. Glorioso**<br>Glorioso Law Firm<br>2716 Athania Pkwy<br>Metairie, LA 70002<br>504-569-9999<br>Fax: 504-569-9022<br><br>**Counsel for Plaintiffs Teresa Drummond, Case No. 1:17-cv-02257; John M. Thomas, Case No. 1:17-cv-02334** | **Mitchell Lloyd Berry**<br>Mitchell Law Firm<br>Suite 1177<br>415 N. McKinley Street<br>Little Rock, AR 72205<br>501-661-1000 est. 2139<br><br>**Counsel for Plaintiffs Valerie Sundberg, Case No. 1:17-cv-02214** |
| **Michael Brandon Smith**<br>Childers, Schlueter & Smith, LLC<br>Suite 100<br>1932 North Druid Hills Road<br>Atlanta, GA 30319<br>404-419-9500<br>bsmith@cssfirm.com<br><br>**Counsel for Plaintiffs Kathy Edwards, et al, Case No. 1:17-cv-02324; Sonia Stephens, et al, Case No 1:17-cv-02289** | **Laura L. Pittner**<br>Goldenberg Law, PLLC<br>Suite 2150<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>lpittner@goldenberglaw.com<br><br>**Counsel for Plaintiffs Chad Hixon, et al, Case No. 1:17-cv-02372** | **Michael Alexander Prieto**<br>Prieto, Marigliano, Holbert & Prieto, LLP<br>Suite 1330<br>Two Ravinia Drive<br>Atlanta, GA 30346<br>404-856-0069<br>Fax: 404-856-0066<br>mprieto@spmhlaw.com<br><br>**Counsel for Plaintiffs Linda K. McKee, Case No. 1:17-cv-02394** |
| **Annie L. Malka** | **John T. Hester** | **Martin A. Pohl** |

| | | |
|---|---|---|
| Hessig & Pohl, PLLC<br>Suite 711<br>239 S. Fifth Street<br>Louisville, KY 40202<br>502-583-5782<br>Fax: 502-583-5785<br><br>**Counsel for Plaintiffs Terry Henderson, Case No. 1:17-cv-02198** | Hessig & Pohl, PLLC<br>Suite 711<br>239 S. Fifth Street<br>Louisville, KY 40202<br>502-583-5782<br>Fax: 502-583-5785<br><br>**Counsel for Plaintiffs Terry Henderson, Case No. 1:17-cv-02198** | Hessig & Pohl, PLLC<br>Suite 711<br>239 S. Fifth Street<br>Louisville, KY 40202<br>502-583-5782<br>Fax: 502-583-5785<br><br>**Counsel for Plaintiffs Terry Henderson, Case No. 1:17-cv-02198** |
| **Christopher Bryan Fears**<br>Fears Nachawati, PLLC<br>Suite 715<br>4925 Greenville Avenue<br>Dallas, TX 75206<br>214-890-0711<br>Fax: 214-890-0712<br><br>**Counsel for Plaintiffs Alison Keefer, et al, Case No. 1:17-cv-02100** | **Robert T. Naumes**<br>The Law Office of Jeffrey S. Glassman<br>One Beacon Street<br>Boston, MA 02108<br>617-367-2900<br>Fax: 617-722-9999.<br>bnaumes@jeffreysglassman.com<br><br>**Counsel for Plaintiff David Watring, Case No. 1:17-cv-02300** | **R. Christopher Gilreath**<br>Gilreath & Associates, PLLC<br>Suite 711<br>200 Jefferson Avenue<br>Memphis, TN 38103<br>901-527-0511<br><br><br><br><br>**Counsel for Plaintiffs Carla Nichols, Case No. 1:17-cv-02208; Robert Burdge, Case No. 1:17-cv-02224; Ray F. Milam, Case No. 1:17-cv-02383** |
| **Anita C. Pryor**<br>Terrell Hogan, P.A.<br>8th Floor<br>233 East Bay Street<br>Blackstone Building<br>Jacksonville, FL 32202<br>904-632-2424<br>Fax: 904-632-0549 | **Shelly Sanford**<br>Watts Guerra LLP -A. TX<br>Suite 725<br>811 Barton Springs Road<br>Austin, TX 78704<br>512-479-0500<br>Fax: 512-479-0502 | **Peter H. Burke**<br>Burke, Harvey & Frankowski, LLC<br>2151 Highland Ave, S.<br>Suite 120<br>Birmingham, AL 35205<br>205-930-9091<br>pburke@bhflegal.com |

37083382v3

| **Counsel for Plaintiffs Collin G. Ward, et al, Case No. 1:17-cv-02256;** | **Counsel for Plaintiffs Daniel R. Ryder, Case No. 1:17-cv-02201;** | **Counsel for Plaintiffs Emily Walker, Case No. 1:17-cv-02195;** |
|---|---|---|
| **Davis L. Middlemas**<br>Morris Bart & Associates LLC<br>Wells Fargo Tower<br>Suite 2750<br>420 20th Street<br>Birmingham, AL 35203<br>205-484-0900<br>Fax: 205-278-9781<br><br>**Counsel for Plaintiffs George Holloway, Case No. 1:17-cv-02225; Patricia Wright, Case No. 1:17-cv-02212** | **Timothy P. Smith**<br>Smith & Johnson Attorneys PC<br>P.O. Box 705<br>603 Bay Street<br>Traverse City, MI 49685<br>231-946-0700<br><br><br><br>**Counsel for Plaintiffs Glenn Kaylor, et al, Case No. 1:17-cv-02215** | **John Thomas Kirtley , III**<br>Ferrer Poirot & Wansbrough-TX<br>Suite 300<br>2603 Oak Lawn Avenue<br>Dallas, TX 75219<br>214-521-4412<br>Fax: 214-526-6026<br><br>**Counsel for Plaintiffs Lizzey Annett, Case No. 1:17-cv-02192** |
| **Joseph A. Gregorio**<br>Law Office of Joseph A. Gregorio<br>1100 Benton Road<br>Bossier City, LA 71111<br>318-747-0384<br>Fax: 318-746-5222<br><br>**Counsel for Plaintiffs Phillip Wayne Maxey, Case No. 1:17-cv-02252** | **William Wylie Blair**<br>Onder and Shelton, LLC<br>110 East Lockwood<br>2nd Floor<br>St. Louis, MO 63119<br>314-556-8357 ext. 121<br>Fax: 314-963-1700<br><br><br><br>**Counsel for Plaintiffs Robert Asplin, Case No. 1:17-cv-02216** | **Charles Andrew Childers**<br>Childers, Schlueter & Smith, LLC<br>Suite 100<br>1932 North Druid Hills Road<br>Atlanta, GA 30319<br>404-419-9500<br>achilders@cssfirm.com<br><br>**Counsel for Plaintiffs Kathy Edwards, et al, Case No. 1:17-cv-02324; Sonia Stephens, et al, Case No 1:17-cv-02289** |
| **Charles T. Paglialunga**<br>Paglialunga & Harris, PS<br>Suite 500<br>4660 La Jolla Village Drive<br>San Diego, CA 92122 | **Aimee Hall Wagstaff**<br>Andrus Wagstaff, P.C.<br>7171 West Alaska Drive<br>Lakewood, CO 80226<br>720-208-9414 | |

| 888-604-3438<br>chuck@phlawfirm.com<br><br>**Counsel for Plaintiffs Shannon Talkington, Case No. 1:17-cv-02335** | Fax: 720-208-9434<br><br>**Counsel for Plaintiffs Alison Keefer, et al, Case No. 1:17-cv-02100** |
|---|---|

*/s/ G. Brian Jackson*_____
G. Brian Jackson

37083382v3