# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE: ETHICON PHYSIOMESH
FLEXIBLE COMPOSITE HERNIA MESH PRODUCTS   MDL No.: 2782
LIABILITY LITIGATION,

This Document Relates To:                 Master Docket Case No.:
                                          1:17-md-02782-RWS
Scott v. Johnson & Johnson et al.
Case No.: 1:17-cv-02528-RWS               Honorable Richard W. Story

## ORDER

This matter is before the Court on Attorney Andrew S. Golub's Motion to Withdraw, which is GRANTED. Plaintiff will continue to be represented by W. Todd Harvey, Peter H. Burke, and Amanda H. Schafner.

**SO ORDERED,** this __15th__ day of August, 2017.

Richard W. Story
United States District Judge