# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:17-md-02782-RWS
### IN RE: Ethicon Physiomesh Flexible Composite Hernia Mesh Products Liability Litigation
### Honorable Richard W. Story

Minute Sheet for proceedings held In Chambers on 03/12/2018.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 2:30 P.M.   COURT REPORTER: Amanda Lohnaas
TIME IN COURT: 00:30              DEPUTY CLERK: Stacey Kemp
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:
William Gage representing Ethicon, Inc.
William Gage representing Johnson & Johnson
Henry Garrard representing Arezoo King
G. Jackson representing Ethicon, Inc.
G. Jackson representing Johnson & Johnson
Donald Migliori representing Alfred George James
S. Rumanek representing Ethicon, Inc.
S. Rumanek representing Johnson & Johnson
Jaime Theriot representing Ethicon, Inc.
Jaime Theriot representing Johnson & Johnson

PROCEEDING CATEGORY: Status Conference(Other Proceeding Non-evidentiary);

MINUTE TEXT: The Court discussed pending issues with counsel. The Court approved and will enter Practice and Procedure Order No. 8 - Records Collection. Counsel provided the Court with updates on Plaintiff Profile Form Submissions to date and Short-Form Complaint filing deficiencies. Plaintiffs' counsel to follow-up with non-compliant parties. Counsel informed the Court of updates scheduled for the next monthly conference which will include Pathology Protocol and Plaintiff & Defendant Fact Sheet Filing. Counsel will also provide a status report as to written discovery during the April conference. The Court explained expectations and procedures for the handling of discovery and deposition issues. The following dates were selected for future scheduling conferences to be held in Atlanta: Thursday, April 12, Thursday, May 24 and June 27.

HEARING STATUS: Hearing Concluded