# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:17-md-02782-RWS
### IN RE: Ethicon Physiomesh Flexible Composite Hernia Mesh Products Liability Litigation
### Honorable Richard W. Story

Minute Sheet for proceedings held In Chambers on 05/06/20.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:30 A.M.       COURT REPORTER: Amanda Lohnaas
TIME IN COURT: 00:30                    DEPUTY CLERK: Stacey Kemp
OFFICE LOCATION: Gainesville

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Halli Cohn representing Ethicon, Inc. |
| | Halli Cohn representing Johnson & Johnson |
| | William Gage representing Ethicon, Inc. |
| | William Gage representing Johnson & Johnson |
| | Henry Garrard representing Alfred George James |
| | G. Jackson representing Ethicon, Inc. |
| | G. Jackson representing Johnson & Johnson |
| | James Matthews representing Arezoo King |
| | Donald Migliori representing Alfred George James |
| | Charles Ruffin representing Arezoo King |
| | S. Rumanek representing Ethicon, Inc. |
| | S. Rumanek representing Johnson & Johnson |
| | Travis Swearingen representing Ethicon, Inc. |
| | Travis Swearingen representing Johnson & Johnson |
| | Josh Wages representing Arezoo King |
| | ** Thomas Hollingsworth representing Arezoo King |
| OTHER(S) PRESENT: | Kelly Salmonsen, Law Clerk' |
| PROCEEDING CATEGORY: | Status Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Cause came before the Court for a Status Conference. The Court discussed bellwether trials, case selection, and the feasibility of the first jury trial in the month of October. Counsel will confer and present |

a proposed practice and procedure order. The next Status Conferences are scheduled for June 9th and July 14th.

HEARING STATUS:    Hearing Concluded