THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ETHICON PHYSIOMESH FLEXIBLE COMPOSITE HERNIA MESH PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2782<br><br>CIVIL ACTION NO.<br>1:17-md-02782-RWS |
| | |

PRACTICE AND PROCEDURE ORDER NO. 29

(Order to Show Cause for Plaintiffs with Unreturned Releases)

Plaintiffs' Leadership reached an agreement to resolve certain pending actions in this MDL 2872 effective September 7, 2021. Since that time the Court has continued to monitor the progress of the resolution of cases including requesting and receiving information from MDL leadership regarding the settlement. The Court is aware that all cases identified on Exhibit A, attached hereto, received an offer to resolve their case on April 27, 2022. When the Court inquired as to the current status of the cases on Exhibit A, it was informed that on September 1, 2022, Plaintiffs' Leadership contacted all plaintiffs' counsel for cases on Exhibit A to ascertain the intent of plaintiffs because no release had been delivered in acceptance of the settlement offer. Plaintiffs' Leadership has informed the Court that based on

1

Leadership's communications with counsel for those cases listed on Exhibit A, each plaintiff's counsel was either (1) not responsive to requests from Plaintiffs' Leadership, (2) responded and indicated that the plaintiff intended to accept the settlement offer made, or (3) responded and indicated that the plaintiff intended to appeal the monetary award to the Special Master (which also constitutes an intent to accept the settlement). As of the date of this Order, Plaintiffs' Leadership reports to the Court that there remain 116 cases on Exhibit A where plaintiffs' counsel have either not responded regarding the status of the case, have responded indicating that the plaintiff intends to accept the settlement offer, or have responded indicating that the plaintiff intends to appeal to the Special Master and in each case have not returned a release.

Based on the foregoing and in an effort to manage this docket, counsel for plaintiff in any case on Exhibit A that has not delivered a completed release using the Archer release database established by Plaintiffs' Leadership on or before Friday, December 30, 2022, is HEREBY ORDERED to appear before the Honorable Richard W. Story in the United States District Courthouse located at 121 Spring Street SE, Gainesville, Georgia 30501 at 1:30pm on January 18, 2023, to discuss why a release has not been returned and the intent of the plaintiffs with regard to the settlement offer.

This Order shall be entered on the docket in each individual case shown on Exhibit A.

SO ORDERED, this ___9th___ day of ___December___, 2022.

_____
RICHARD W. STORY
United States District Judge

Exhibit A

| Civil Action Number | Plaintiff First Name | Plaintiff Last Name | Plaintiff Law Firm |
|---|---|---|---|
| 1:18cv03003-RWS | Tammie | Wright | Allan Berger & Associates |
| 1:18cv02456-RWS | Melicia | Batts | Andrus Wagstaff, P.C. |
| 1:20cv02668-RWS | Selena | Duran | Bachus & Schnaker, LLC |
| 1:18cv03234-RWS | Sandra | Crisco | Bailey & Glasser, LLP |
| 1:18cv03541-RWS | Misty | Roinestad | Bailey & Glasser, LLP |
| 1:18cv02416-RWS | Carla | Hawkins | Baron & Budd |
| 1:18cv05178-RWS | Richard | Huffman | Bernstein Liebhard |
| 1:18cv01983-RWS | Josephine | Alvarado | Carey Danis & Lowe |
| 1:20cv01605-RWS | Gloria Campbell, Indiv. And as Rep of Bernard | Campbell | Carey Danis & Lowe |
| 1:20cv01408-RWS | Elroy | Perez | Carey Danis & Lowe |
| 1:20cv01970-RWS | Lillie | Price | Carey Danis & Lowe |
| 1:20cv01969-RWS | Debra | Waters | Carey Danis & Lowe |
| 1:20cv04684-RWS | James | Fox | Cohen, Placitella & Roth |
| 1:18cv01888-RWS | Arthur | Huttemeyer | Cory Watson |
| 1:19cv04067-RWS | Larry | Morgan | Cory Watson |
| 1:19cv01909-RWS | Larry | Picich | Cory Watson |
| 1:18cv01882-RWS | Christopher | Stanton | Cory Watson |
| 1:19cv00548-RWS | Brenda | Griffith | Cowper Law LLP |
| 1:19cv00171-RWS | Robert | Lowe | Cowper Law LLP |
| 1:19cv00601-RWS | Eamon | Nally | Cowper Law LLP |
| 1:19cv00551-RWS | Linda | Watt | Cowper Law LLP |
| 1:17cv02528-RWS | Sharon | Scott | Crumley Roberts, LLP |
| 1:20cv02168-RWS | Santa | Alvarez | Dalimonte Rueb LLP |
| 1:19cv02673-RWS | Joseph | Harrington | Dalimonte Rueb LLP |
| 1:20cv00611-RWS | Michael | Holst | Dalimonte Rueb LLP |
| 1:20cv00036-RWS | Guy | Clemente | Douglas and London, P.C. |
| 1:20cv02330-RWS | Seth | Dial | Douglas and London, P.C. |
| 1:19cv01447-RWS | Kenneth | Smith | Douglas and London, P.C. |
| 1:19cv02793-RWS | Janary | Parks | Fenstersheib and Berkowitz P.A |
| 1:19cv00770-RWS | Michael | Arscott | Fleming, Nolen & Jez, L.L.P. |
| 1:19cv02169-RWS | Paula | McFarland | Fleming, Nolen & Jez, L.L.P. |
| 1:19cv03184-RWS | Jimmy | Miller | Fleming, Nolen & Jez, L.L.P. |
| 1:17cv03888-RWS | Bradley | Riggs | Fleming, Nolen & Jez, L.L.P. |
| 1:18cv01482-RWS | Patrick | Sparks | Fleming, Nolen & Jez, L.L.P. |
| 1:17cv04686-RWS | Garrick | Dye | Gary S. Logsdon & Associates |
| 1:17cv04688-RWS | Yurhonda | Johnson | Gary S. Logsdon & Associates |
| 1:17cv04689-RWS | Jesse | Kennedy | Gary S. Logsdon & Associates |
| 1:18cv00452-RWS | Allen | Lindsey | Gary S. Logsdon & Associates |
| 1:17cv04690-RWS | James | Mullins | Gary S. Logsdon & Associates |
| 1:17cv02199-RWS | Linda | O'Bannon | Gary S. Logsdon & Associates |
| 1:17cv02200-RWS | Richard | Sears | Gary S. Logsdon & Associates |
| 1:17cv04691-RWS | Teresa | Tackett | Gary S. Logsdon & Associates |
| 1:18cv01814-RWS | Delbert | Williams | Gary S. Logsdon & Associates |
| 1:18cv02913-RWS | Candace | Colborn | Gori Julian |
| 1:19cv02981-RWS | Megerline | Edwards | Gori Julian |
| 1:18cv01477-RWS | Dorothy | Martin | Gori Julian |
| 1:18cv04200-RWS | Ashley | Moss | Gori Julian |
| 1:18cv04107-RWS | Philip | Pecoraro | Gori Julian |
| 1:20cv01111-RWS | Ronald | Shockley | Gori Julian |
| 1:18cv04575-RWS | Russell | Smith | Gori Julian |
| 1:17cv04959-RWS | Amanda | Vanhoose | Gori Julian |
| 1:19cv02978-RWS | Agnes | Wagner | Gori Julian |
| 1:17cv04698-RWS | Stephen | Klein | Grant and Eisenhofer |
| 1:18cv02136-RWS | Amos | McGarrah | Grant and Eisenhofer |
| 1:19cv03139-RWS | Viola | Bautista | HENINGER GARRISON DAVIS |

| Case | First Name | Last Name | Firm |
|---|---|---|---|
| 1:19cv03991-RWS | Jeffrey | Bruni | HENINGER GARRISON DAVIS |
| 1:19cv01929-RWS | Thomas | Green | HENINGER GARRISON DAVIS |
| 1:17cv04867-RWS | Donna | Adams | Hollis Law Firm, P.A. |
| 1:18cv00420-RWS | Ronda | Engel | Hollis Law Firm, P.A. |
| 1:17cv04251-RWS | Carolyn | Morris | Hollis Law Firm, P.A. |
| 1:18cv05015-RWS | Venita | Rawls | Hollis Law Firm, P.A. |
| 1:21cv01024-RWS | Harry III | Calhoun | Krause & Kinsman |
| 1:20cv03462-RWS | Diane | Capel | Krause & Kinsman |
| 1:19cv02568-RWS | Cynthia | Clements | Krause & Kinsman |
| 1:19cv03876-RWS | Jasmin | Flowers | Krause & Kinsman |
| 1:20cv04908-RWS | Michael | Martin | Krause & Kinsman |
| 1:20cv00402-RWS | Laura | West | Krause & Kinsman |
| 1:20cv01828-RWS | Holly | White | Krause & Kinsman |
| 1:19cv03354-RWS | Katrina | Wickline | Krause & Kinsman |
| 1:20cv03470-RWS | Johnny | Youngman | Krause & Kinsman |
| 1:19cv01482-RWS | Marilyn | Viera | Lockridge Grindal Nauen |
| 1:18cv01399-RWS | Mary | Steele | Marc J. Bern & Partners LLP |
| 1:18cv02606-RWS | Denise | Long | Milberg Coleman Bryson Phillips Grossman, LLC |
| 1:17cv04873-RWS | Willard | Blackburn | Motley Rice LLC |
| 1:18cv03381-RWS | Jeffrey | Fingerle | Motley Rice LLC |
| 1:19cv04898-RWS | Jennifer | Gearing | Motley Rice LLC |
| 1:19cv00218-RWS | Michael | Locascio | Motley Rice LLC |
| 1:20cv03440-RWS | Lea | Meadows | Motley Rice LLC |
| 1:17cv04884-RWS | Tommie | Nail | Motley Rice LLC |
| 1:19cv04982-RWS | Kenneth | Teed | Motley Rice LLC |
| 1:19cv02278-RWS | Cathy | Carwell | Murray Law Firm |
| 1:19cv02435-RWS | Louanna | Lucas | Murray Law Firm |
| 1:18cv00330-RWS | Shirley | McConnell | Murray Law Firm |
| 1:18cv02578-RWS | Veotis | Robinson | Murray Law Firm |
| 1:18cv02348-RWS | Margaret | Rudoy | Murray Law Firm |
| 1:19cv02433-RWS | Tracy | Stephens-Britt | Murray Law Firm |
| 1:17cv05115-RWS | Lesa | Vago | Oliver Law Group PC |
| 1:21cv02042-RWS | Christina M. | Moan | OnderLaw, LLC |
| 1:17cv04446-RWS | Violet | Canady | Osborne & Francis Law Firm, PLLC |
| 1:17cv04616-RWS | Jefferson | Dudley | Parker Waichman LLP |
| 1:19cv00448-RWS | Christopher | Paige | Pogust Millrood, LLC |
| 1:18cv00482-RWS | Matthew | Stein | Pogust Millrood, LLC |
| 1:18cv03437-RWS | Greg | Bowen | Provost Umphrey Law Firm LLP |
| 1:20cv02588-RWS | Christopher | Gann | Pulaski Kherkher, PLLC |
| 1:21cv00291-RWS | Angela | Hendricks Moore | Pulaski Kherkher, PLLC |
| 1:20cv01722-RWS | Paul | Stinson | Pulaski Kherkher, PLLC |
| 1:21cv00170-RWS | Shamala | Abshire | Rosen Injury Lawyers |
| 1:19cv01963-RWS | Tomycia | Allen | Seeger Weiss, LLP - NJ |
| 1:18cv00923-RWS | Kenneth | Herslip | Seeger Weiss, LLP - NJ |
| 1:19cv00492-RWS | Linda | Paeltz | Seeger Weiss, LLP - NJ |
| 1:18cv01425-RWS | Betty | Peters | Seeger Weiss, LLP - NJ |
| 1:18cv03941-RWS | David | Conley | Simmons Hanly Conroy, LLC |
| 1:18cv02220-RWS | George | Pace | Simmons Hanly Conroy, LLC |
| 1:17cv05100-RWS | Adele | Turner | Simmons Hanly Conroy, LLC |
| 1:19cv02005-RWS | Rhonda | Martinek | Skikos, Crawford, Skikos & Joseph, LLP |
| 1:18cv02249-RWS | Linville | Hughes | Stag Liuzza, LLC |
| 1:18cv05316-RWS | John | Hicks | The Moody Law Firm, Inc. |
| 1:18cv00653-RWS | Brandi | Conary | The Ruth Law Team |
| 1:20cv00006-RWS | Scott | Goff | Wagstaff & Cartmell, LLP |
| 1:19cv01339-RWS | Bruce | Shaffer | Wagstaff & Cartmell, LLP |
| 1:17cv03617-RWS | Victor | Sanders | Whittington & Kennedy |
| 1:17cv02235-RWS | Carol | Dailey | Wright & Schulte, LLC |
| 1:18cv00833-RWS | Martha | Diaz | Wright & Schulte, LLC |
| 1:18cv01375-RWS | James | Holmes | Wright & Schulte, LLC |
| 1:18cv01365-RWS | Rima | Kupershteyn | Wright & Schulte, LLC |
| 1:17cv02213-RWS | Shawn | Sweeney | Wright & Schulte, LLC |