IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ETHICON PHYSIOMESH FLEXIBLE COMPOSITE HERNIA MESH PRODUCTS LIABILITY LITIGATION, | Civil Action No. <br><br> 1:17-MD-2782-RWS |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | MDL DOCKET NO. 2782] |

## ORDER

This matter is before the Court on the Joint Motion to Dismiss with Prejudice [Dkt. 821]. The parties having compromised and settled all claims between them in the actions listed on the attached Exhibit A, the Joint Motion is hereby **GRANTED**, and the actions listed on Exhibit A are **DISMISSED, WITH PREJUDICE**, with each party to bear its own costs. The Clerk shall close each of the listed actions.

SO ORDERED this 3rd day of April, 2023.

RICHARD W. STORY
United States District Judge