IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ETHICON PHYSIOMESH FLEXIBLE COMPOSITE HERNIA MESH PRODUCTS LIABILITY LITIGATION | |
| This Document Relates To: | MDL DOCKET NO. 2782 |
| | 1:17-md-2782-RWS |
| Individual Member Cases Listed on EXHIBIT A | |

## ORDER

**THIS MATTER** is before the Court on a Joint Motion to Dismiss with Prejudice [Dkt. 848], filed by parties in this consolidated physiomesh products liability litigation. The relevant cases are listed on the attached EXHIBIT A [Dkt. 848-1]. Pursuant to the parties' agreement and consent, it is hereby **ORDERED** that the Joint Motion to Dismiss with Prejudice [Dkt. 848] is **GRANTED**.

Accordingly, the individual member cases identified on EXHIBIT A (attached hereto) shall be **DISMISSED WITH PREJUDICE** and the cases closed.

It is further **ORDERED** that all parties shall be responsible for bearing their own costs.

**SO ORDERED** this 1st day of December, 2023.

RICHARD W. STORY
Sr. United States District Judge

EXHIBIT A

| Case Name | Docket Number |
| --- | --- |
| Abney, Gloria | 1:21cv02231-RWS |
| Addeo, Frank | 1:18cv02027-RWS |
| Allen, Marion | 1:18cv02263-RWS |
| Alvarado, Josephine | 1:18cv01983-RWS |
| Atkins, Brian | 1:22cv04697-RWS |
| Baily, Michael | 1:21cv04712-RWS |
| Baines, Bonita A. | 1:19cv03171-RWS |
| Baker, Carol | 1:22cv01271-RWS |
| Banks, Jeffrey | 1:23cv01033-RWS |
| Baransi, Bishara | 1:22cv02310-RWS |
| Barmes, Loretta | 1:22cv03430-RWS |
| Bartholomew, Muhammad | 1:18cv02159-RWS |
| Bartholow, Summer | 1:21cv01551-RWS |
| Beever, Renee | 1:21cv04208-RWS |
| Bennett, Lashonja | 1:22cv04361-RWS |
| Bishop, Bobby | 1:22cv00136-RWS |
| Black-Slattery, Karen | 1:23cv00704-RWS |
| Boncore-Evans, Joann | 1:21cv01421-RWS |
| Boyd, Sheneka | 1:20cv04053-RWS |
| Boyd, Tiais | 1:22cv04863-RWS |
| Bradford, Michael | 1:19cv02020-RWS |
| Breeden, Elizabeth | 1:21cv01387-RWS |
| Brickle, Robert | 1:21cv03714-RWS |
| Bright, Matthew Wayne | 1:20cv02842-RWS |
| Brittle, Kimberly | 1:22cv00133-RWS |
| Brommer, Shannon | 1:21cv04666-RWS |
| Brown, Carol | 1:18cv00729-RWS |
| Bryson, Phyllis | 1:18cv00918-RWS |
| Buchanan, Pamela | 1:21cv00748-RWS |
| Burton, Scott | 1:18cv02299-RWS |
| Bushong, Jennifer | 1:21cv04100-RWS |
| Byers, Vincent | 1:22cv03429-RWS |
| Caloca, Elisa | 1:22cv02532-RWS |
| Campbell, Gwendolyn | 1:19cv01558-RWS |
| Carr, Trina | 1:18cv05179-RWS |
| Carwell, Cathy | 1:19cv02278-RWS |
| Casale, Michele | 1:21cv01422-RWS |
| Christ, William | 1:22cv03896-RWS |
| Clark, Robert | 1:22cv03281-RWS |
| Clayton, Bonita | 1:18cv02455-RWS |
| Clements, Paul | 1:22cv00375-RWS |
| Cooke, Ryan | 1:22cv03434-RWS |
| Copeland, Rachael | 1:22cv03675-RWS |

EXHIBIT A

| Case Name | Docket Number |
|---|---|
| Cron, Pamela | 1:19cv01791-RWS |
| Dauzat, Cynthia | 1:17cv04495-RWS |
| Davis, Matthew | 1:22cv03431-RWS |
| Davis, Nechelle | 1:22cv01236-RWS |
| Dawson, Moses | 1:21cv03544-RWS |
| Delano-Trevino, Donna Lee | 1:19cv01836-RWS |
| Deszcz, MIchelle | 1:18cv05958-RWS |
| Dorsett, Analie | 1:22cv00939-RWS |
| Douthit, Larry | 1:22cv00225-RWS |
| Drayer, Gregory | 1:22cv04857-RWS |
| Drelick, Linda | 1:22cv00131-RWS |
| Fayson, DeAngela | 1:21cv02972-RWS |
| Fernandez, Gladys | 1:20cv03010-RWS |
| Fitzpatrick, Rose Marie | 1:21cv04050-RWS |
| Flair, Rhiannon | 1:17cv02382-RWS |
| Flynn, Chyntera | 1:22cv03792-RWS |
| Foley, Wesley | 1:22cv03724-RWS |
| Follett, Jr. James | 1:21cv03543-RWS |
| Ford, Diana | 1:20cv03542-RWS |
| Foster, Margaret | 1:22cv04867-RWS |
| Franke, Gerald | 1:21cv03716-RWS |
| Freid, William | 1:21cv04317-RWS |
| Gaetke, Janet | 1:22cv04362-RWS |
| Gardner, Tanya Marunen | 1:21cv05278-RWS |
| Garner, Linda | 1:22cv03893-RWS |
| Gates, Troy | 1:23cv00626-RWS |
| Goldman, Mavis Ann | 1:18cv03341-RWS |
| Goldsmith, Valdenise | 1:21cv05041-RWS |
| Gomez, Gloria | 1:22cv04873-RWS |
| Graves, Ricky | 1:21cv04465-RWS |
| Gray, Charlotte | 1:22cv02083-RWS |
| Griffin, Betty | 1:22cv03952-RWS |
| Griffin, Linda | 1:22cv04253-RWS |
| Hall, Christina | 1:21cv02351-RWS |
| Hamilton, Samantha | 1:21cv03078-RWS |
| Hansen, Timothy | 1:22cv03948-RWS |
| Hardy, Lynda | 1:22cv01331-RWS |
| Hargraves, Richard Norman | 1:17cv04895-RWS |
| Harrington, Joseph | 1:19cv02673-RWS |
| Hawkins, Carla | 1:18cv02416-RWS |
| Hazlett, William | 1:20cv01964-RWS |
| Hemelright, Deborah | 1:22cv04853-RWS |
| Hensley, Marla Jean | 1:22cv02640-RWS |

EXHIBIT A

| Case Name | Docket Number |
| --- | --- |
| Hicks, Shauna | 1:18cv01984-RWS |
| Hiller, Patricia | 1:22cv03428-RWS |
| Hobart, Todd | 1:22cv04254-RWS |
| Holley, Carol | 1:18cv05629-RWS |
| Hollis, Michael | 1:20cv00902-RWS |
| Holloway, Jane | 1:22cv04363-RWS |
| Holyfield, Donna | 1:21cv02352-RWS |
| Howard, Peggy | 1:21cv03103-RWS |
| Humphrey, Edward | 1:22cv04874-RWS |
| Hunter, Eric P. | 1:22cv03587-RWS |
| Ibarra, Margaret | 1:21cv01577-RWS |
| Jacobi, Mary | 1:18cv01681-RWS |
| Johnson, Alonza | 1:22cv00424-RWS |
| Johnson, Cherre | 1:22cv03282-RWS |
| Johnson, Karen | 1:22cv03700-RWS |
| Jones, Robbie | 1:22cv04727-RWS |
| Justice, Tiffany | 1:21cv04136-RWS |
| Keclik, Linda | 1:21cv04043-RWS |
| Kelly, Jimmy | 1:22cv04864-RWS |
| Kessinger, Marquetta | 1:22cv03652-RWS |
| Keys, Mildred | 1:17cv04476-RWS |
| King, Kika | 1:22cv04364-RWS |
| Kinlaw, Marcus | 1:21cv02308-RWS |
| Kobylanski, Lillian | 1:19cv01721-RWS |
| Koch, June | 1:21cv01465-RWS |
| Kudic, Sanela | 1:18cv05527-RWS |
| Kyle, Cheryl | 1:18cv00821-RWS |
| Lahmann, Christopher | 1:22cv04535-RWS |
| Lambert, Mike | 1:21cv05109-RWS |
| Langley, Donald | 1:21cv03718-RWS |
| Laramie, Ronald | 1:18cv05529-RWS |
| Leary, Wayne | 1:22cv04896-RWS |
| Leavitt, Steven Jack | 1:21cv03938-RWS |
| Lebron, Marilyn | 1:21cv02061-RWS |
| Leshley, Alexandra | 1:23cv00591-RWS |
| Lewis, Lance | 1:22cv04416-RWS |
| Lindsley, John | 1:21cv03326-RWS |
| Lively, Harry | 1:22cv03170-RWS |
| Loomis, Matt | 1:21cv03105-RWS |
| Lourenco, Rosa | 1:21cv01583-RWS |
| Lowe, Robert | 1:19cv00171-RWS |
| Luck, Margaret | 1:21cv01406-RWS |
| Luse, Tommy | 1:22cv02311-RWS |

EXHIBIT A

| Case Name | Docket Number |
| --- | --- |
| Mabbitt, Matthew | 1:22cv02025-RWS |
| Mabry, Donna | 1:21cv03106-RWS |
| May, William | 1:22cv04659-RWS |
| McCasland, Billy | 1:22cv00132-RWS |
| McCluggage, Elizabeth | 1:19cv05586-RWS |
| McCoin, Angela | 1:21cv03715-RWS |
| McConnell, Shirley | 1:18cv00330-RWS |
| McDuffie, Marshall | 1:22cv05063-RWS |
| McGuire, Sherry | 1:21cv03108-RWS |
| McKelvey, Deanna | 1:23cv00592-RWS |
| McMahon, John | 1:22cv04875-RWS |
| Merritt, Trudy | 1:18cv05954-RWS |
| Miller, Gregory L. | 1:22cv02201-RWS |
| Mills, Lorraine | 1:22cv04858-RWS |
| Mitchell, Howard | 1:18cv03385-RWS |
| Moll, Charles | 1:18cv02198-RWS |
| Moore, Valda | 1:21cv05279-RWS |
| Mortensen, Eric | 1:22cv01523-RWS |
| Moser, Michelle | 1:19cv04225-RWS |
| Mullendore, Randy | 1:22cv00720-RWS |
| Murphy, Danniesha | 1:19cv02098-RWS |
| Nail, Tommie | 1:17cv04884-RWS |
| Nelson, Brenda Joyce | 1:21cv01668-RWS |
| Ornelas, Lillian | 1:22cv04750-RWS |
| Orse, Mary | 1:21cv04620-RWS |
| Osborne, Warren | 1:19cv02723-RWS |
| Paletta, Dawn | 1:23cv00594-RWS |
| Parsons, Matthew | 1:21cv04015-RWS |
| Patton, Andrew R. | 1:22cv04859-RWS |
| Pauley, Robert | 1:23cv00703-RWS |
| Pfeiler-Gamache, Roxanna | 1:22cv03106-RWS |
| Pierson, Samuel | 1:22cv03006-RWS |
| Pike, Shelby | 1:23cv00198-RWS |
| Pillar, William | 1:21cv01050-RWS |
| Pirke, Johnnie | 1:21cv03717-RWS |
| Powell, Dillard | 1:21cv04407-RWS |
| Ragona, Bernice | 1:21cv03246-RWS |
| Rahill, Daniel F. | 1:21cv02325-RWS |
| Ramos, Emilio | 1:22cv03432-RWS |
| Ray, Donald Keith | 1:21cv03109-RWS |
| Relf, Carolyn | 1:21cv03713-RWS |
| Ricket, Pat | 1:21cv4661-RWS |
| Riley, Eleanor | 1:22cv01049-RWS |

EXHIBIT A

| Case Name | Docket Number |
|---|---|
| Rios, Miguel | 1:21cv02502-RWS |
| Rispoli, Thomas | 1:21cv01959-RWS |
| Rodriguez, Elizabeth | 1:20cv01827-RWS |
| Rogers, Daniel | 1:22cv04526-RWS |
| Rowe, Sean | 1:18cv02538-RWS |
| Roy, Amy | 1:21cv04331-RWS |
| Russell, Cathy | 1:22cv00134-RWS |
| Rutledge, Sarah | 1:18cv04775-RWS |
| Sanders, Victor P. | 1:17cv03617-RWS |
| Scarlett, Michael | 1:22cv04876-RWS |
| Schoen, Paul | 1:22cv04851-RWS |
| Schuster, Robert | 1:22cv04862-RWS |
| Schutz, Randall | 1:22cv04523-RWS |
| Sextro, Kathryn | 1:23cv01910-RWS |
| Shearer, Theresa | 1:22cv03954-RWS |
| Sheridan, Jennifer | 1:21cv00681-RWS |
| Siverson, Brent | 1:22cv02175-RWS |
| Sixtos, Catherine | 1:20cv01226-RWS |
| Skinner, Lori | 1:22cv03433-RWS |
| Slater, Richard | 1:21cv01900-RWS |
| Smith, Nancy | 1:22cv00852-RWS |
| Smith, Natasha | 1:18cv02646-RWS |
| Smith, Victor | 1:22cv04527-RWS |
| Smith, Wanda | 1:18cv02202-RWS |
| St. Jacques, Raymond | 1:22cv02312-RWS |
| Stahlman, Sharon | 1:20cv02971-RWS |
| Sublett, Joseph | 1:22cv04893-RWS |
| Tacelli, Phyllis | 1:20cv04703-RWS |
| Tanksley, Vera | 1:21cv03245-RWS |
| Taylor, Jr. Wade H. | 1:18cv02496-RWS |
| Thomas, Crawford | 1:22cv04959-RWS |
| Tilsen, Meridel | 1:21cv04811-RWS |
| Torres, Dennis | 1:23cv00694-RWS |
| Torres, Maria | 1:21cv03833-RWS |
| Tracy, Rebecca | 1:22cv01975-RWS |
| Tressler, Jack | 1:22cv03427-RWS |
| Vanderjagt, Wayne | 1:22cv04120-RWS |
| Vannostran, Kory | 1:22cv03107-RWS |
| Varona, Oscar | 1:22cv01024-RWS |
| Wahid, Antonio | 1:22cv04877-RWS |
| Warner, Mark | 1:22cv03950-RWS |
| Washington, Ebony | 1:22cv03895-RWS |
| West, Laura Lynn | 1:20cv00402-RWS |

**EXHIBIT A**

| Case Name | Docket Number |
|---|---|
| Whaley, Alvester | 1:21cv04475-RWS |
| Whitaker, Gregory | 1:20cv00506-RWS |
| Whitted, Kylette | 1:18cv02988-RWS |
| Wiesner, Susan | 1:22cv04522-RWS |
| Wilson, Trudy | 1:22cv04451-RWS |
| Wrenick, Chontrell J. | 1:21cv01973-RWS |
| Wresh, Kimberly | 1:21cv02371-RWS |
| Yax, Eric | 1:18cv02333-RWS |
| Youngman, Johnny | 1:20cv03470-RWS |